NOT FOR CITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE MORROW and MARCIA MORROW,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE,<br><br>　　　　Defendant. | Case No.  5:13-cv-04138 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On November 14, 2013, defendant moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than November 21, 2013, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated:   November 26, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04138-HRL Notice has been electronically mailed to:

Michael G. Pitman     michael.pitman@usdoj.gov

Steven Russell Pogue     PogueEsq@aol.com

2